In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM S. HANFT, an Attorney and Counselor at Law, Respondent.— Motion for reargument denied, without costs. The alleged new matters which the respond-

ent desires to present bear only upon the relatively minor charges before the official referee. In no event would they affect the conclusion reached by this court. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.